UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMUR MISHIEV,<br><br>                              Plaintiff,<br><br> - against -<br><br>ISABELLA KHAIR HADID A/K/A BELLA HADID,<br><br>                              Defendant. | Docket No. 1:20-cv-959 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice the claims made in this action against Defendant.

Dated: May 1, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Timur Mishiev*